IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Herbert Benjamin,<br><br>      Plaintiff,<br><br>v.<br><br>Warden Scott Lewis, Deputy Warden John L. Palmer, and Associate Warden S. Duffy,<br><br>      Defendants. | Case No. 9:19-cv-1467-SAL<br><br><br>**ORDER** |

  This matter is before the Court for review of the November 6, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Molly H. Cherry, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). [ECF No. 81]. In the Report, the Magistrate Judge recommends the defendants' motion for summary judgment, ECF No. 58, should be granted and this action should be dismissed with prejudice. *Id*. No party filed objections to this Report, and the time to do so has passed. *Id.*

  The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Defendants' Motion for Summary Judgment, ECF No. 58 is GRANTED and this action is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

January 7, 2021
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge